IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **MARK OTIS BOATWRIGHT,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | 5:05-CV-270 (CAR) |
| vs. | : | |
| | : | |
| **IVEY SPENCER, et al.,** | : | |
| | : | |
| **Defendants.** | : | |

# ORDER ON THE REPORT AND RECOMMENDATION
# OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 41] that Defendants' Motion for Summary Judgment [Doc. 26] be granted. Plaintiff filed a timely Objection to the Recommendation [Doc. 41].

Having considered all of the briefs of the parties, the United States Magistrate Judge's Report and Recommendation, and Plaintiff's Objection thereto, this Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation that Defendants' Motion for Summary Judgment be granted is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**.

**SO ORDERED**, this 31st day of October, 2006.

/s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF GEORGIA

EHE/aeg